1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JONATHAN TAYLOR,

Plaintiff,

v.

ALLIED COLLECTION SERVICES, INC.,

Defendant.

Case No. 2:16-cv-01576-KJD-PAL

ORDER

Before the court is the Notice of Settlement (ECF No. 6) in which the parties advise that a settlement has been reached.  The parties anticipate a stipulation of dismissal to be filed within 60 days.  Accordingly,

**IT IS ORDERED** that the parties shall have until **October 31, 2016**, to file a stipulation to dismiss with the court or a joint status report advising when the stipulation will be filed.

DATED this 6th day of September, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE